UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHAWN MILNER,
    *Plaintiff*,

v.

MEYERS, et al.,
    *Defendants*.

No. 3:21-cv-339 (VAB)

## ORDER OF DISMISSAL

On March 15, 2021, Shawn Milner ("Plaintiff"), an inmate in the custody of the Connecticut Department of Correction, filed this civil rights action under 42 U.S.C. § 1983. Compl., ECF No. 1 (Mar. 15, 2021). However, he has not paid the court filing fee of $402.00, nor has he filed a motion to proceed in this case *in forma pauperis*.

On March 15, 2021, Magistrate Judge Farrish issued a Notice of Insufficiency, informing Mr. Milner that he must either submit the filing fee or a file a motion to proceed *in forma pauperis*. Order, ECF No. 5 (Mar. 15, 2021). The notice informed Mr. Milner that if he failed to do so by April 5, 2021, his case would be subject to dismissal. *Id.* The Order indicated that the Court sent Mr. Milner a copy of the Prisoner's *in forma pauperis* application. *Id.*

To date, Mr. Milner has not submitted the filing fee of $402.00 to the Court, filed a motion to proceed *in forma pauperis*, or sought an extension of time within which to do so.

Accordingly, the complaint is **DISMISSED without prejudice**.

Mr. Milner may move to reopen this case by filing a motion to reopen and submitting a motion to proceed *in forma pauperis* on the form sent to him accompanied by a Ledger Sheet showing the past six months of transactions by **July 16, 2021**. In moving to reopen this case, Mr.

Milner must also explain his reason for failing to comply with Judge Farrish's order so that this Court may determine if there is good cause to reopen this matter.

The Clerk of Court is directed to close this case.

**SO ORDERED** at Bridgeport, Connecticut, this 15th day of June, 2021.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE